M/D 1

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 AUG 10 A 10: 03

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

EARNEST LEE WALKER JR. )
Full name and prison name of )
Plaintiff(s) )
 )
v. ) CIVIL ACTION NO. 2:07CV719-WKW
 ) (To be supplied by Clerk of U.S. District
ATTORNEY: AIMEE C. Smith ) Court)
JUDGE: HARDWICK )
PROBATION OFFICER - )
KELVIN BRANTY )
DEPARTMENT OF Human Resource )
PRATT CITY JAIL )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☒

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  1. Parties to this previous lawsuit:

     Plaintiff(s) _____

     N/A _____

     Defendant(s) _____

     _____

  2. Court (if federal court, name the district; if state court, name the county)

     _____

     _____

3. Docket number _____

**N/A**

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT MONTGOMERY COUNTY DETENTION FACILITY

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED MONTGOMERY CIRCUIT COURT

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                   ADDRESS

1. JUDGE: HARDWICK, 251 South LAWRENCE ST. MonTg. Al. 36103
2. ATTORNEY: AIMEE C. SMITH, 640 S. McDonough ST. MonTg. Al. 36104
3. PROBATION OFFICER - KELVIN Branty, 251 South LAWRENCE, MonTg. Al. 36103
4. DEPARTMENT OF Human Resource, 3030 Mobile Hwy, monTg Al. 36108
5. MonTgomery City Jail, 320 N. Ripley ST. montgomery Al. 36104
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED AROUND ARE ABOUT July 6, 2004

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: MY LEGAL AND CONFIDENCE MAIL IS BEEN COPIED AND SENT BACK TO ME STAMPED WITH, RECIEVED by MONTGOMERY COUNTY DETENTION FACILITY MONTGOMERY, AL. DATE + TIME / D.T. MARSHALL. SHERIFF

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON ARE ABOUT JUNE 9, 2007 I WROTE Judge-Bright TO ASK her CAN she POINT ME IN THE Right DIRECTION OF WHO I NEED TO TALK TO ABOUT TRY IN TO GET COPIES OF My Motion OF DISCOVERY. THIS LETTER WAS LATER SENT TO booking AND COPYZED And Hight Lighted AND giving BACK TO ME

GROUND TWO: I HAVE BEEN WRITEN moTions pro-se SINCE February 10, 2007 AND HAVE NOT RECIEVED A ANSWER OR RESPONED YET.

SUPPORTING FACTS: EVERY TIME I WRITE A MOTION pro-SE TO The MONTGOMERY county COURTS I NEVER RECIEVE A RESPOND, pro-SE I HAVE FILE MOTIONS FOR A FAST AND SPEEDY TRIAL, MOTION TO DISMISS, BOND REDUCTIONS, A COPY OF My MOTION OF DISCOVERY, AND TRY TO FIND OUT WHO IS MY ATTOREY I WAS INDICTED About THREE MONTHS AGO.

GROUND THREE: AROUND ARE About OCTOBER 19, 2005, I WENT TO THE MONTGERY CITY JAIL AND SIGNED A WARRENT ON BELINDA WALKER AND WAS TOLD BY MRS. WALKER They Thur THE PAPER WORK AWAY

SUPPORTING FACTS: When I goT OUT OF THE M.C.D.F July 6, 2005 I HAD old Mail AT my MOTHER house From THE UNEMPLOYMENT OFFICE TELLING ME THAT I HAD OVER DRAWEN my MONEY, so I CALLED THE UNEMPLOYMENT OFFICE AND got COPIES OF THESES ChECKS, AND NOTICE My WIFE Signature on The Check'S, BELINDA WALKER OPENELY Admitted In JudgE-Hardwick court Room That IT WAS HER Who RECIEVED THE Checks. AT THE MONTGOMERY CITY JAIl I WAS ALLOWED TO MAKE A REPORT And Sign A warrent but WAS TOLD AS SOON AS I WALKED OUT, THE WARRENT WAS PUT IN THE TRASH, MRS. WALKER HAVE BEEN ABIE TO Sign WARRENTS AT THE CITY, M.C.D.F. AND HAVE HAD WARRENTS From About 2001 TO 2006,

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

① I WONT FOR JUDGE-HARDWICK, ATTORNEY-AIMEE C. SMITH KELVIN BRANTY, TO ANSWER FOR FALSELY GIVE ME ONE YEAR COUNTY TIME WHEN THE EVIDENCE THEY RELIED ON WAS UNTRUE. I AM ALSO LOOKING FOR MONEY FOR, LOST OF WAGES, PAIN, FROM D.H.R + MONTG CITY JA:

_Earnest Lee Walker, Jr._
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2007
        (Date)

_Earnest Lee Walker, Jr._
Signature of plaintiff(s)

RECEIVED
2007 AUG 10 A 10:0?
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States District court

I hope this other information will help you more understand why I feel Judge-Hardwick, Attorney: Aimee C. Smith, probation officer Kelvin Branty Violated my Right. I have records to show that in 2004, Attorney: Aimee C. Smith told me the reason why I had been violated. The she turn around in 2005 and said she didn't no why Judge-Hardwick had violated me. I reported Attorney: Aimee C. Smith to the Alabama State Bar for not turning over my requested information. as well as not reporting Judge-Hardwick to the Alabama State Bar. Attorney-Aimee C. Smith made a false report to the Alabama State bar that (quote). Mr. Walker's underlying case involved two counts of Child Abuse I where he pled guilty to two counts of child abuse III for burning a 3 year old child and a second child (age unknown) with hot water on their penis and neck. Mr. Walker was, at some time, placed on probation. myself as well as my ex-wife, Belinda walker was charged with two counts of child abuse around on about November,01 myself and my Ex-wife belinda walker later pled guilty to two counts of Assault 3rd. and was placed on Probation. I never pled guilty to two counts of child abuse. On this case Attorney: Gary S. Stephens was my Attorney. Kelvin Branty was my probation officer, this case went before Judge-Hardwick. The Records will show that judge-Hardwick, Aimee C. Smith, Kelvin Branty lied on me. I should have never been violated. And Attorney: Aimee C. Smith should have never made this report to the Alabama State bar. Because it is

A untrue statement. Attorney; Aimee C. Smith committed the crime of Deformation of Character and slaughter. This was and attempt by attorney; Aimee C. Smith, make me seem unbelievable. Judge-Hardwick have made this matter between he and myself, personal since I went before him in 2001. As I said my police report will show what address I was picked up from, the unemployment office will show I had got hurt on the Job and filed for Workman's comp. So why was I violated were is the evidence Judge-Hardwick relied on. Kelvin Brantly had never put in a order to revoke my probation around on about July 2, 2004. I checked in on that date. I was arrested July 6, 2004 four days later. I went to the city and signed a warrant on Julius, walker and was told as soon as I walked out of the door my warrant was put in the trash. This have been a problem with me since 2001 or 2002 when I pled guilty to, two counts of assault 3rd. I have not been found guilty on these charg so how they where the Alabama State bar the type of person they are dealing with. I am not guilty now and was I guilty then. D.H.R. always address me as being charged with child abuse I have to go thus them to get my kids. I was indicted over three months ago and have not heard anything. I hope I can be helped in this matter, and if any inqus is need I hope I can be of help. I have made to get this paper work notorized with no answer, everything I do is (pro-se) motions for Dismiss, fast and speedy trial, etc. I have not received a answer since February 19, 2007.

Earnest Lasley

# COMPLAINT ABOUT AN ALABAMA STATE COURT JUDGE

Today's Date: _____ Your Name: EARNEST LEE WALKER JR.

Your Telephone Number: 334-227-3880  Your Address: P.O. Box 229, Fort Deposit, AL, 36032

Your Attorney's Name: _____  Your Attorney's Telephone Number: _____

Judge's Name: Judge: HARDWICK    Court: Montgomery Circuit Court

Case Number: CC-02-154 JH    County: Montgomery

Name of Case: Probation Revocation

---

## STATEMENT OF FACTS AND ALLEGATIONS
(See instructions on reverse)




The allegations and statements of fact set forth above and in any additional attached pages are true and correct to the best of my knowledge, information and belief, and I understand that a copy of this complaint and all supporting materials will be provided by the Commission to the judge against whom the complaint is made.

_____
(Complainant's Signature)

SUBSCRIBED AND SWORN to or affirmed before me this ____ day of _____, 20____.

My Commission expires: _____    _____
                                          Notary Public

Inmate Joe Walker 91-80027
M.C.D.T.
P.O. Box 4599
Montgomery, Al. 36103

**INMATE MAIL**

United States District Court
Middle District of Alabama
Office of The Clerk
Post Office Box 711
Montgomery, Alabama 36101-0711

