IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EARNEST LEE WALKER, JR., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-719-WKW |
| ATTORNEY: AIMEE C. SMITH, *et al.*, | ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the Court, it is ORDERED, ADJUDGED and DECREED that:

1. Judgment is entered in favor of the defendants and against plaintiff;

2. The claims challenging events which occurred on or before July 6, 2004, are DISMISSED with prejudice;

3. The § 1983 claims against defendants, to the extent they are not barred by the applicable statute of limitations, are DISMISSED with prejudice;

4. The challenges to the criminal charge(s) pending against plaintiff before the state courts of Montgomery County, Alabama, are DISMISSED without prejudice;

5. This case is DISMISSED.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 11th day of September, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE